IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BENJAMIN WASHINGTON, | Civil No. 3:21-cv-00516-SB |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |
| Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $6,373.92 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to their attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, PO Box 429, Spanaway, WA, 98387.

**IT IS SO ORDERED.**

DATED this 22nd day of March, 2022.

*Stacie F. Beckerman*

Hon. Stacie F. Beckerman
United States Magistrate Judge

Page 1     ORDER
            [3:21-CV-00516-SB]

1

2

Presented by:

3

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St
Portland, OR   97212
Telephone:  (206) 937-4112
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 2      ORDER
           [3:21-CV-00516-SB]