IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BENJAMIN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:21-CV-00516-SB<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's unopposed motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $12,000.00 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b). No offset shall be applied as the previously awarded EAJA fee was seized pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

IT IS SO ORDERED.

DATED this 21st day of December, 2022.

*Stacie F. Beckerman*
_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

Page 1       ORDER
             [3:21-CV-00516-SB]

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St.
Portland, OR   97212
Telephone:  (206) 937-4112
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net

Page 2     ORDER
          [3:21-CV-00516-SB]